WALTER G. SPRANGER vs. MAYOR OF LAWRENCE & another.

THOMAS F. McCARTHY vs. SAME.

*L. S. Cox*, for the petitioners.

*F. N. Chandler*, for the respondents.

SHELDON, J. All the questions of law that are raised in these cases have been passed upon in *Logan* v. *Mayor & Aldermen of Lawrence, supra.* For the reasons there stated, the order in each case must be

*Mandamus to issue.*